## IN THE UNITED STATES DISTRICT COURT
## FOR EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 6 2024

TAMMY A. DOWNS, CLERK

By: _____ DEP CLERK

**JENNIFER LANCASTER, DAVE ELSWICK, JIMMIE CAVIN, STEPHANIE DUKE, JAN MORSE, JEFF MORSE, KIM BOURGEOIS, MARK BOURGEOIS, RANDY SAMS, MARLA SAMS, CODIE CRUMPTON, ANGELA ROSS, CAROL TESSIER, KELLY McElhaney, IRA (EUGENE) JAMISON, COTY POWERS, TERRY KELLUM, KEITH KELLUM, DR. ANITA WELLS, KANDI COX, LINDA MARSH, SAM MARSH, AND ALFORD DRINKWATER**

**PLAINTIFFS**

vs. *2:24CV161-BSM*

**JOHN THURSTON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE AND AS CHAIRMAN OF STATE BOARD OF ELECTION COMMISSIONERS, and JOSEPH WOOD, CHAIRMAN OF THE RPA**

**DEFENDANTS**

---

## COMPLAINT FOR CIVIL RIGHTS VIOLATIONS, A DECLARATORY JUDGMENT, MOTION FOR WRIT OF MANDAMUS, AND MOTION FOR INJUNCTION

COMES NOW, the Plaintiffs, by and through counsel, Luther Sutter and Lucien Gillham,

of **SUTTER & GILLHAM, P.L.L.C.**; and, for this Complaint, they state:

### PARTIES

1.      Plaintiffs, **JENNIFER LANCASTER, DAVE ELSWICK, JIMMIE CAVIN,**

**STEPHANIE DUKE, JAN MORSE, JEFF MORSE, KIM BOURGEOIS, MARK**

**BOURGEOIS, RANDY SAMS, MARLA SAMS, CODIE CRUMPTON, ANGELA ROSS,**

**CAROL TESSIER, KELLY McElhaney, IRA (EUGENE) JAMISON, COTY POWERS,**

**TERRY KELLUM, KEITH KELLUM, DR. ANITA WELLS, KANDI COX, LINDA**

**MARSH, SAM MARSH, and ALFORD DRINKWATER** are duly elected delegates to the

This case assigned to District Judge *Miller*
and to Magistrate Judge *Morey*

1

LLF NO.: 03400

Republican Party of Arkansas State Convention that occurred on June 8, 2024. Plaintiffs are residents of Arkansas.

2.      That Jennifer Lancaster is the duly elected and acting Chair of the 2024 Republican Party of Arkansas's State Convention. Separate Defendant, Joseph Wood, is Chairman of the RPA. A copy of the RPA rules in existence before July of 2024 are attached hereto as ***Exhibit "A."***

3.      That Separate Defendant, John Thurston, is the duly elected Secretary of the State of Arkansas and Chairman of the State Board of Election Commissioners.  He is sued in his official capacity for Declaratory and Injunctive only, as permitted by Ex Parte Hill.

## JURISDICTION

4.      This case involves Federal elections for President and both Houses of Congress. It is an issue of elective franchise as to the election of Federal candidates and Article 1, § 4, Clause 1 (The Times, Places, and Manner Clause).  Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1343.

5.      This case involves the right to free speech and assembly in the franchise of elections and the election process, which are essential Federal questions.  Jurisdiction in this Court is proper pursuant to 28 U.S.C. § 1331.

6.      This case alleges the deprivation of civil rights guaranteed by the Arkansas Constitution and the First Amendment to United States Constitution, as well as to fully participate in the franchise of elections, as required by the 14th Amendment Due Process Clause.  Such action is an action which arises under the Constitution and the laws of the United States.  Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 and 1343.

**FACTS**

7.      The Republican Party of Arkansas (hereinafter "RPA") is a political party as defined by Ark. Code Ann. §§ 7-3-101–108.

8.      That political parties are required pursuant to Ark. Code. Ann. § 7-3-107 to hold a State Convention following the biennial general primary.

9.      The Plaintiffs were duly elected State Convention delegates to the RPA's biennial State Convention.

10.     The Plaintiffs attended and participated in the RPA's State Convention on June 8, 2024, in Rogers, Arkansas.

11.     The Plaintiffs were a part of the overwhelming majority of State Convention delegates who voted in favor of closing the Republican primaries to only registered Republicans as they are authorized to do pursuant to Ark. Code Ann. § 7-3-107(2).

12.     The Plaintiffs were a part of an overwhelming majority of State Convention delegates who voted in favor of requiring candidates who wish to run as a Republican to first be a registered Republican.

13.     That the RPA refused to acknowledge the Convention and its proceedings in violation of the party's rules, instead choosing to pretend as though it never happened.

14.     That the RPA was sent the 2024-2026 Republican Party of Arkansas Rules and Platform as adopted at the State Convention on June 8, 2024, within two (2) weeks of the Convention.

15.     That the Chairman of the RPA, Defendant Wood, refused to acknowledge the newly adopted Rules or Platform and refused to respond to the Convention Chairman's multiple emails, texts, and calls.

3

16.     That, after the Convention, Belinda Harris Ritter, as the appointed Chair of the Republican Party's Rules Committee, drafted an "advisory opinion." Plaintiffs seek Declaratory Judgment that she did not have the authority to issue an advisory opinion, or to nullify anything done by the convention body because the " convention is the final authority in all party matters…."

17.     That the RPA's rules do not grant any person or committee the authority to issue an "advisory opinion."

18.     That a special meeting was called, and a vote taken by the approximately twenty-four (24) members of the Republican Party's State Executive Committee to "nullify" the motions passed by the convention body that were not previously approved and recommended by the Rules and Platform Committee in violation of the RPA rules.

19.     There were eighteen (18) members of the State Executive committee, largely appointees and government officials, voted to nullify the will of the more than 600 state delegates who attended the State Convention.

20.     That, in violation of the party rules, the State Executive Committee voted to nullify the convention body's decision to close the primaries, to require a candidate to be registered as a Republican before filing to run for office as a Republican, and to remove the automatic voting status of elected officials on the RPA's State Committee.

21.     That the State Executive Committee of the RPA did not and does not have the authority to nullify or change anything done by the RPA's State Convention body because according to the RPA rules, Article I, Sec 1 Sub. B, "The final authority in **all** party matters shall rest in the biennial Republican State Convention…" (emphasis added)

22.     That the State Executive Committee has engaged in election interference of its own convention delegates.

4

23.     That under Ark. Code Ann. § 7-3-101, "[o]rganized political parties shall prescribe the qualifications for voting in their party primaries."

24.     That the Chair of the Republican Party, after pretending for almost seven (7) weeks that the 2024 State Convention never occurred, within an hour of the State Executive Committee's vote, sent out an email to party members informing them of the State Committee's vote to "nullify" the Convention's decisions.

25.     That, on the same evening, the RPA Chair sent out an email to the elected officials informing them that following the State Executive Committee's vote earlier that day, they have automatic voting authority on the state committee.

26.     That the election for a new RPA Executive Board occurs December 2024; and, it is widely believed that new leadership will be elected without the elected officials' votes.

27.     That, on that same day, the 2024 Rules and Platform, as approved by the State Executive Committee, was published.

28.     That the voting make-up of the State Committee is affected by the rules change because the change removes elected state office holders from voting on that Committee.

29.     That the Secretary of State, Defendant John Thurston, and the State Board of Election Commissioners has not closed the Republican Primaries or otherwise complied with the changes that were legally implemented by the Convention.

### Count I: DECLARATORY JUDGMENT

30.     That Plaintiffs incorporate herein by reference, all previous allegations into this count.

31.     That this Court should construe the following actions, events, or documents and declare:

A.      The Arkansas and United States Constitution;

B.      Arkansas law regarding political parties and their ability to close primaries to nonparty members;

C.      The rules of the RPA;

D.      The actions of the 2024 RPA State Convention;

E.      The rules and items passed by the 2024 RPA State Convention; and,

F.      The actions of the State Executive Committee.

32.     That this court should declare the rights of the parties in that:

A.      The United States Constitution grants rights to freedom of speech and association and this extends to political parties;

B.      Political parties may regulate and control their membership to include politically like-minded individuals;

C.      Members of political parties have the right to associate with others who share their values or beliefs;

D.      Members of political parties have the right or ability to control who they nominate for a political office as its representative or candidate;

E.       Members of political parties have the right or ability to control who votes in their primaries;

F.      The RPA is a duly formed and operating political party under Arkansas law;

G.      Pursuant to state and federal law, the RPA has the authority to close its primaries;

H.      Pursuant to the rules of the RPA, the 2024 State Convention had the ability to hear motions to change the party's rules;

I.      The actions of the 2024 State Convention were a proper change of RPA rules to close the primaries;

J.      The actions of the 2024 State Convention in removing the vote of ex-officio members of the State Committee was a proper exercise of its power under the RPA rules;

K.      The actions of the defendants in failing to close the primaries violates Arkansas law;

L.      The actions of the defendants in failing to close the primaries violates the plaintiffs' rights to freedom of speech;

M.      The actions of the defendants in failing to close the primaries violates the plaintiffs' rights to freedom of association;

N.      The actions of the defendants in failing to adopt, recognize, publish or adhere to the rules changes approved by the Convention violates state and federal law;

O.      The actions of the defendants in failing to adopt, recognize, publish or adhere to the rules changes approved by the Convention violates the plaintiffs' rights to freedom of speech; and,

P.      The actions of the defendants in failing to adopt, recognize, publish or adhere to the rules changes approved by the Convention violates the plaintiffs' rights to freedom of association;

## Count II: DEPRIVATION OF CIVIL RIGHTS

33.     That Plaintiffs incorporate herein by reference, all previous allegations into this count.

34.     That the Plaintiffs bring this cause of action pursuant to 42 U.S.C § 1983 and the Arkansas Civil Rights of 1993.

35.     That Defendant, John Thurston, is the Secretary of State and the Chair of the SBEC. He is a policy maker with final authority on the administration of elections in Arkansas.

36.     That the SBEC is a State Board that also has final policymaking authority on election administration, policies, and practices.

37.     That the herein named Defendants have either an express policy or a widespread practice they have approved and implemented that causes an unconstitutional deprivation—violations of the Plaintiffs' state and federal right to Due Process, Free Speech, Assemble, and fully participate in elections and associate with other citizens.

38.     That this policy, custom, usage, or practice is failing to recognize that the RPA has closed its primaries to nonparty members and failing to take action to effectuate the changed status of conducting closed primaries.

39.     That this policy, custom, usage, or practice is failing to recognize that the RPA has new party rules and accepting the new rules as required by Arkansas law.

40.     That Plaintiffs have been damaged because their constitutional rights to free speech, assembly, and to fully participate in the franchise of elections are infringed.

41.     That the defendants should pay these damages.

### Count III: INJUNCTION

42.     That Plaintiffs incorporate herein by reference, all previous allegations into this count.

43.     That this court should enjoin the defendants from violating the rights of the plaintiffs.

44.     That this court should order that the defendants may not fail to take immediate action to close the RPA's primaries and adopt, promulgate, and adhere to the rules changes.

### Count IV: MANDAMUS

45.     That Plaintiffs incorporate herein by reference, all previous allegations into this count.

46.     That Mandamus is an appropriate remedy when a public officer is called upon to do a plain and specific duty, which is required by law, and which requires no exercise of discretion or official judgment.

47.     That the Defendants are clearly obligated to comply with Federal and State law, including Supreme Court precedent.

48.     That this Court should issue an Order compelling the Defendants to comply with the law by closing the Republican Party's primaries.

49.     That this Court should issue an order compelling the Defendants to comply with the law by adopting or otherwise accepting the rules and platform changes adopted on June 8, 2024.

### Demand for Jury Trial and Attorney's Fees

50.     Plaintiffs demand a trial by jury on all issues so triable.

**WHEREFORE**, Plaintiffs pray this Honorable Court enter a declaratory judgment in their favor as requested above; enjoin the Defendants from violating their rights and the law; that this Court should issue an order compelling the Defendants to comply with the law by closing the Republican Party's primaries; that this Court should issue an order compelling the Defendants to comply with the law by adopting or otherwise accepting the rules and platform changes adopted on June 8, 2024. for attorneys' fees and costs; and for all other just and proper relief.

Respectfully submitted,

**SUTTER & GILLHAM, P.L.L.C.**
Attorneys at Law
1501 N. Pierce Ste 105
Little Rock, Arkansas 72207
501/315-1910  Office
501/315-1916  Facsimile
*Counsel for the Plaintiffs*

By:     */s/ Luther Oneal Sutter*
        Luther Oneal Sutter, Esq., ARBN 95-031
        luther.sutterlaw@gmail.com

By:     */s/ Lucien R. Gillham*
        Lucien R. Gillham, Esq., ARBN 95-031
        lucien.gillham@gmail.com

9



# Republican Party of Arkansas

# *Rules*

**Edition 20190608**

**Amended at State Committee Meeting**
**June 8, 2019**
**Little Rock, Arkansas**

**Doyle Webb, Chairman**

Page **1** of **47**



## Rules Committee of the Republican Party of Arkansas

Duane Neal, Chairman
Dorothy Crockett
Bobbi Dodge
Chase Dugger
Kevin Jumper
Tom Lundstrum
Andy Mayberry
Benny Speaks
George Ritter
John Nabholz
Kermit Parks
Tony Todaro
Larry Bailey

# Rules of the Republican Party of Arkansas
## Table of Contents

**PREAMBLE**

**ARTICLE I - GENERAL PROVISIONS**

**ARTICLE II – COUNTY COMMITTEE**

**ARTICLE III - CONGRESSIONAL DISTRICT COMMITTEE**

**ARTICLE IV - STATE COMMITTEE**

**ARTICLE V - STATE EXECUTIVE COMMITTEE**

**ARTICLE VI - FILING FEES**

**ARTICLE VII - RULES REVIEW**

# PREAMBLE

## Declaration

The express purpose of these rules is to provide for the free and unhampered right of the individual electors of Arkansas to participate in the nominations of their choice.

## Party Objectives

- **The Republican Party of Arkansas declares its objectives to be:**

  o The election of qualified Republican candidates to every public office, and

  o The fulfillment of the needs of the citizens of Arkansas in a manner consistent with the beliefs and principles of the Republican Party.

## Party Principles

**Republicans believe:**

- That individual citizens are willing and capable of managing their own affairs without government intervention.

- That the local, state and national governments must pursue policies designed to encourage individual initiative and induce people to be responsible for their own economic, political, and social well-being.

- The primary function of government is to protect the life, common liberty and property of the governed, to prevent fraud, and to provide a common justice.

- That when a necessary function is undertaken by government, it should be performed by that government closest to the people to provide as much direct control by those affected as possible, and to assure freedom and liberty to all citizens with justice under the law.

- That our freedom, national stability and expansion of the free enterprise system can be best assured by application of the Constitutional principles that unite the American people.

# ARTICLE I - GENERAL PROVISIONS

**Sections**

1. Party Membership and Authority
2. Party Organization
3. Finance
4. Candidates for Public Office
5. Primary Elections
6. State Convention
7. Delegates to National Convention
8. Parliamentary Procedure
9. Proxies
10. Election of Electors

## Section 1 – Party Membership and Authority

A. Membership in the Republican Party of Arkansas shall be open to all qualified Arkansas electors as defined in A.C.A. Section 7-1-101 (2016) Definitions (33). No oath, pledge, or statement of belief shall ever be required as a condition.

B. The final authority in all party matters shall rest in the biennial Republican State Convention, which shall be deemed to have delegated such interim authority to the State Committee and Executive Committee as is necessary to carry out the purposes and objectives of the party.

## Section 2 – Party Organization

The organization of the Republican Party of Arkansas shall consist of the following bodies:

The State Convention

The State Committee and subordinate committees.

The State Executive Committee.

The Congressional District Committees

The Republican County Committees and such other subordinate committees as the rules of a County Committee may provide.

## Section 3 – Finance

A. The State Finance Committee shall include the Finance Chairman, the Treasurer, the Assistant Treasurer, the National Committeeman, the National Committeewoman, the State Chairman, the State 1st Vice-Chairman, and additional members the State Chairman shall appoint. The Finance Committee shall be responsible for developing and

Page **5** of **47**

implementing an annual fund-raising program to provide funding for the annual budget. Subcommittees of the State Finance Committee for fund-raising shall be chaired by the appointees of the State Chairman.

B. The State Budget Committee shall include the State 1st Vice Chairman, who shall serve as the Committee Chairman, the State Chairman, the Treasurer, the State 2nd Vice Chairman, the State Finance Chairman, and four (4) additional members appointed by the State Chairman, one (1) member from each Congressional District.  All members shall be voting members.

    1. The Budget Committee shall meet no later than October 1 of each year for the preparation of the annual operating budget to be submitted to the State Committee members with the call for the December State Committee meeting. The budget shall be presented for approval at the December Meeting of the State Committee.

    2. The budget shall be the basic planning document for the Party for the next calendar year, which shall be the fiscal year, and shall include estimates of income amounts and sources, estimated costs of fund-raising activities and proposed expenditures, subdivided into appropriate categories, including the proposed amount to be allocated for candidates. The Budget Committee shall assure that the budget is prepared and that the information included in the budget is complete, setting forth all estimated revenues and expenditures of the State Party. The budget will project revenues and expenditures by time period and will include projected cash flow to assure that revenue will be adequate to cover budgeted items.

    3. The Budget Committee will have continuing general oversight authority and shall meet quarterly to review the status of the approved budget to ensure that actual or anticipated expenditures do not exceed actual or anticipated revenues, including reserves. After adoption of the annual budget by the State Committee, supplemental budget requests for any budget item that will exceed the budgeted amount by five percent (5%), shall be prepared by the Budget Committee and submitted to the Executive Committee for approval. The Treasurer's financial report at each Executive Committee meeting and State Committee meeting shall include total receipts and total disbursements, by time period, and any revisions to the approved budget

    4. The Budget Committee shall also perform other duties as the State Committee or the Executive Committee may assign.

C. The State Audit Committee shall consist of the State 2nd Vice Chairman, who shall serve as Committee Chair, the State Treasurer and one (1) member, appointed by the State Chairman, from each of the Congressional Districts.

    1. The Audit Committee shall establish an appropriate system of financial controls, monitor the effectiveness of such controls, select an accounting firm to conduct an

annual independent review of the Party's financial records, select an accounting firm to conduct a biennial "FEC" audit of the Party's financial records, supervise the conduct of the review/audit, and report to the Executive Committee and the State Committee on compliance with the established financial controls and practices and these rules, the results of the review/audit and compliance with any policy and procedures established by this Committee. The Audit Committee shall report to the State Committee the actions of any officer, employee, or agent of the State Committee that, in its opinion, are in violation of these controls and practices, rules or the policies and procedures established by the committee.

2. The committee shall also perform other duties as the State Committee or the Executive Committee may assign.

D. Expenditure Controls:

1. The Executive Committee shall have the authority to adopt prudent and reasonable controls, policies and procedures for the establishment, approval and expenditure of all special funds and bank accounts of the State Party in compliance with applicable laws and these rules.

2. The Executive Committee shall require two signers for checks issued on all bank accounts of the State Party. These provisions extend to any account that bears the State Party's Federal ID number or requires that the State Party assume any liability or fiduciary responsibility (hereinafter "bank account(s)"). Use of a mechanical signature (digital, stamped, etc.) on any check, bank document, tax document or FEC report is prohibited. The State Chairman and State Treasurer shall be authorized as signatories on all bank accounts. The Executive Committee may authorize the Executive Director to (a) be a signatory on all bank accounts of the State Party and (b) to supervise and control expenditures from the bank accounts of the State Party. All signatories on any State Party bank account shall keep in force and effect a fifty thousand dollar ($50,000) Surety Bond. The cost of said bond shall be paid by the State Party. Any person not bondable is immediately disqualified as an account signatory.

3. There shall be no disbursement of State Party funds except in accordance with the approved budget as amended.

4. Any proposed financial transaction between the Republican Party of Arkansas and any entity owned, operated, or represented by an elected officer of the Party, a member of the Executive Committee, Budget Committee or Audit Committee shall be approved by a majority vote of the Executive Committee before the transaction is consummated.

E. Financial Reporting:

1. The Executive Director shall submit to the Executive Committee and the Budget Committee a monthly report within 30 days following the monthly close of business comparing actual revenue and expenditures to budgeted revenue and expenditures by line item. The Executive Director shall prepare other written reports that the Executive Committee or the Budget Committee may require.

2. Any member of the Executive Committee, the Budget Committee or the Audit Committee shall have full access to the financial records of the State Party during regular business hours. Documents and records may not be removed from the office(s) of the State Party or its designee with the exception that the Chairman of the Audit Committee may make copies of financial records for use by the Audit Committee.

3. The Executive Committee shall cause to be prepared and filed all financial reports required by federal, state and local laws, including payroll tax returns, income tax returns and campaign finance disclosure reports and shall be responsible to assure the accuracy of such reports. The treasurer shall monitor and supervise the preparation of such reports and shall sign reports.

4. Any State Committee Member may review regular quarterly and annual reports during regular business hours of the State Party office.

F.  General Financial Procedures

1. Generally Accepted Accounting Principles (GAAP) or cash basis shall be employed by the State Party in all daily accounting and bookkeeping functions.

2. No one is empowered to incur indebtedness or financial obligation on the part of the Republican Party of Arkansas unless budgeted.

3. The Executive Committee may employ a qualified accountant to assist the Executive Director in the preparation of budgets, financial reports and in maintaining all bank accounts of the State Party. The accountant shall assist the Treasurer in preparing all tax reports, campaign disclosure reports, FEC reports, and any other reports required by law. The accountant shall have formal training in FEC regulations, compliance procedures and reporting procedures.

**Section 4 – Candidates for Public Office**

A.  A candidate who possesses those qualifications required by the laws of Arkansas and the United States of America, shall affirm his or her concurrence with the principles and objectives of the Republican Party of Arkansas, and pay the prescribed filing fees.

B.  Candidates for Federal, State, and State District offices shall pay fees as required by the State Executive Committee, to the Republican Party of Arkansas as set forth in Article VI.

C. When any unopposed candidate for any public office in a Republican Primary Election shall, after the time for filing has expired, die or resign his or her candidacy, the State Committee in the case of a state or district office, or the County Committee, in the case of a county or township office, may, upon ascertaining such vacancy and provided same does not occur later than thirty (30) days prior to the preferential primary election, permit other candidates to qualify, at such time in such manner as the appropriate committee may determine, and upon such notice as such committee shall direct, and any candidate so qualifying shall be deemed to have regularly qualified as a candidate.

D. Upon vacancy in nomination or office, the State Chairman shall give proper notification as to the method by which the vacancy shall be filled. If the Chairman's intent is to fill the vacancy by a convention of delegates, the State Committee shall be convened as a convention of delegates to fill all statewide races; in a Congressional District, the Congressional District Committee shall be convened as a convention of delegates; in a state legislative or county race, the committee(s) of the county or counties in which the vacancy occurs shall be convened as a convention of delegates.

E. When a Convention of Counties is called to fill a vacancy in nomination or office for a state legislative position whose district includes more than one county the following procedure shall apply:

4. The State Chairman shall establish the date and location of the Convention of Counties and shall establish the number of delegates and alternates to assure that any county in the legislative district shall have no fewer than one delegate and one alternate.

5. Delegates and alternates shall be apportioned to each county based on the percentage of registered voters in the legislative district.

6. Delegates and alternates must be registered voters and reside within the legislative district.

7. Credentials of each delegate and alternate to the Convention of Counties, with contact information, shall be filed with the Secretary of the State Committee no later than 7 days prior to the date of the convention.

8. Delegates and alternates to the Convention of Counties from each affected county shall be selected by delegates from the respective reconvened County Conventions.

9. All delegates or alternates to the Convention of Counties must present a photo identification to receive a ballot.

10. The State Chairman shall appoint a Credentials Committee for the Convention of Counties with 3 or 5 members who do not reside in the legislative district.

11. The Convention of Counties shall be conducted in accordance with the latest version of Roberts Rules of Order. The State Chairman, or designate, will serve as Temporary Chairman.

F. No candidate shall be deemed to have resigned his or her candidacy subsequent to the noon of the thirtieth (30th) day prior to the primary election, and the names of all who remain candidates after that date, except in the case of death, shall be printed on the ballot in those races where there are two or more candidates.

## Section 5 – Primary Elections

A. The Republican Party in each county shall hold a primary election in every even-numbered year.

1. Except for support of candidates in a presidential preferential primary, the State Chairman, National Committeeman, National Committeewoman, District Chairmen, County Chairmen, County Election Commissioners (per State Statute), State, District or County Committee or State Party employees shall not endorse or otherwise publicly show favoritism to one Republican candidate over another prior to the Republican nominee being elected. State Executive Committee and/or the respective County Committees, by a two-thirds (2/3) vote of the members present at any regular or duly announced special meeting may vote that a particular candidate is not recommended.

2. If a person holding any of the above named Party positions should become a candidate in a contested Party Primary election, he or she shall within three (3) business days either resign the Party Office or withdraw from the candidacy.

3. In accordance with State Law the State Committee, in the case of Federal, State and District candidates, and the County Committee, in the case of all other candidates, shall be responsible for determining the qualifications of candidates seeking nomination by the Republican Party, provide necessary applications for candidacy, accept and process the applications and determine the order of its ballot, in accordance with state law. They shall file all required certifications with the State or County Secretary, Secretary of the State, or their respective County Clerk in a timely fashion, in accordance with state law.

## Section 6 – State Conventions

A. The Republican Party of Arkansas shall hold a statewide convention each even-numbered year. The membership of the State Convention shall be composed of delegates or alternates from each of the seventy-five (75) counties based upon the following formula:

1. Three (3) delegates from each county.

    2.  One (1) delegate for each one thousand (1,000) votes or majority fraction thereof cast for the Republican candidate for Governor in the immediately preceding gubernatorial election.

    3.  One (1) delegate for each Republican holding countywide office.

    4.  One (1) delegate for each Republican holding the office of Justice of the Peace.

    5.  Each county shall be entitled to one (1) alternate delegate for each delegate.  In the absence of any delegate, the roll of the alternates shall be called in the order in which the names are placed upon the roll of the convention.

B.  The State Party shall notify each County Chairman and Secretary, at least sixty (60) days before the date of the County Convention, the number of delegates and alternates each county shall be allocated. Delegates and alternates to the State Convention shall be elected by the County Convention.

C.  Ninety (90) days prior to the convening of the State Convention, the State Chairman shall, with the approval of the Executive Committee, name at least five (5) persons to each Standing Convention Committee, i.e., Arrangements, Temporary and Permanent Organizations, Credentials, Rules, Memorials, Platforms and Resolutions, and other convention committees deemed necessary.

D.  Credentials of each delegate and alternate to the State Convention shall be filed with the Secretary of the State Committee at State Party Headquarters by the Chairman and the Secretary of the County Committee no later than ten (10) days after the County Convention. The Secretary of the State Committee shall then prepare the temporary roll of the delegates and alternates. Fifteen (15) days prior to the date of the State Convention a call, issued by the State Party, shall be provided in writing to all delegates and alternates for whom credentials were filed with the Secretary of the State Committee within ten (10) days following the County Convention.

E.  All contests of election of delegates and alternates to the State Convention shall be heard by the Credentials Committee. Any delegate or alternate rejected by the Credentials Committee shall have the right of appeal to the floor. The Credentials Committee shall report its findings to the Convention. No delegate or alternate shall be entitled to vote, until such delegate or alternate has been placed on the temporary roll, or seated by the Convention. No delegate or alternate shall be permitted to vote upon his or her contest.

F.  All proposed rule changes and/or proposed platform provisions shall be filed in writing with the appropriate committee at least 60 days prior to the date of the convention. Those proposed rule changes and/or proposed platform resolutions recommended for adoption at the State Convention shall be mailed or electronically transmitted by the appropriate committee chair to each County Chairman 30 days before the date of the convention. It shall be the responsibility of every County Chairman to inform delegates and alternates to the State Convention of the proposed rules changes and/or proposed platform

resolutions. Copies of proposed rules changes and/or proposed platform resolutions will not be mailed to delegates and alternates by the State Party.

G. The convention shall first elect a Temporary Chairman and a Temporary Secretary, and after the report of the Credentials Committee and the hearing of any contests that may be brought before the convention, the convention shall then proceed to organize by the election of a Permanent Chairman and a Permanent Secretary. The convention shall proceed in the order of business prepared by the Convention Rules Committee.

H. A majority of delegation in any five counties may request a roll call vote, on any issue, and in the event a roll call is taken, the counties shall be called in alphabetical order.

I. No person shall be permitted to speak more than once or longer than five (5) minutes on the same question, except by leave of the convention. The person making a motion shall be entitled to speak twice on the motion, initially upon making as well as closing the argument for the motion.

J. Each delegate shall be entitled to one (1) vote that may be cast by an alternate in the absence of the delegate.

K. In the absence of any delegate, a roll of alternates shall be called in the order in which the names were certified by the State Secretary from the respective County Conventions.

L. A convention may, by majority vote, upon a motion duly made and seconded, recess, adjourn to a specified date, adjourn to a call by the chairman, or adjourn *sine die*. When a convention has adjourned *sine die*, it has no further authority.

**Section 7 – Delegates to the National Convention**

A. The total number of delegates and alternates to the Republican National Convention shall be determined in accordance with the Rules of the Republican National Convention last held. The election of delegates and alternates to the next Republican National Convention shall be consistent with the rules adopted by the Republican Convention last held and certified as therein provided.

B. Procedures for election of delegates or alternates shall be established by the State Committee in accordance with the applicable laws of the State of Arkansas and the rules of the Republican National Committee. On or before September 1 of the year before the year in which the National Convention is to be held, the State Committee shall adopt rules, procedures, policies, and instructive materials (prepared pursuant to rule number 14(A) of R.N.C. rules) governing the selection of delegates and alternate delegates to the national convention to convene during the following year, and shall certify and file with the Secretary of the Republican National Committee true copies of the same and of all statutes governing the selection of such delegates and alternate delegates. Any subsequent amendments to or changes in such statutes, rules, procedures, policies, and materials shall be filed with Secretary of the Republican National Committee within twenty-one (21) days after the date of the amendment or change.

C. The Arkansas delegation shall elect a Chairman, Vice-Chairman, and a Secretary, and shall adhere to the instructions, if any, of the State Committee.

D. In the absence of any alternate, the position shall be filled by a majority vote of the delegates present in caucus.

## Section 8 – Parliamentary Procedures

*Robert's Rules of Order Newly Revised* (current edition) shall apply in all cases not specifically covered by these rules, and in the event of a conflict between these rules and *Robert's Rules of Order*, the former shall apply.

## Section 9 – Proxies

An active member of any committee governed by these rules may issue a written proxy for any meeting of the committee except for meetings of the Executive Committee. An inactive member of a county committee may not issue a proxy. This proxy must be presented to the Secretary of the committee by a qualified elector from the same county of residence as the person giving the proxy. An original signature by the member issuing the proxy that is scanned or faxed is recognized as a valid signature. No person shall present more than two (2) proxies. No person, including persons holding proxies, may cast more than one vote on any issue or election. Proxies may not be voted in the selection of delegates and alternates to the Republican National Convention. At any meeting proxies shall be counted for quorum purposes.

## Section 10 – Election of Presidential Electors

The Republican Party of Arkansas will elect a number of Electors for President and Vice President of the United States of America equal to the number of United States Senators and United States Representatives which represent the state in Congress as follows:

> At the Biennial Republican State Convention, the body will accept nominations from the floor and elect one Elector from each Congressional District, who is a qualified voter in and resident of that District, and a number of at-large Electors sufficient to bring the total number of Electors to that number required by law.

Each candidate for Elector must certify in writing to the Republican Party of Arkansas that he/she will vote for the Republican candidate for President and Vice President of the United States of America.

## Section 11 - Electronic Meetings

The Executive Committee, standing committees and special committees are authorized to meet by telephone conference or through other electronic communications media so long as all the members may simultaneously communicate with each other and participate during the meeting.

# ARTICLE II – COUNTY COMMITTEE

**Sections**

1. General Provisions
2. Membership
3. Organization
4. Primaries
5. Meetings
6. Duties of County Officers
7. Election of Officers
8. Vacancies
9. Removal
10. County Committee Local Rules of the County Committee
11. Rules Review

## Section 1 – General Provisions

A. The County Committee and the members thereof shall adhere with the Preamble of these Rules

B. All provisions contained in Article I of these Rules apply the County Committee.

C. All counties in Arkansas shall have the opportunity to have a Republican County Committee, hereby referred to as the "County Committee".

D. The purpose of the County Committee is to assist in the election of qualified Republican candidates to public office and to fulfill the needs of the citizens of the State of Arkansas in a manner consistent with the beliefs and principles of The Republican Party.

E. Any notices required by these rules to members of the County Committee may be transmitted by written email or other electronic means if the member has provided an email address or other appropriate electronic contact information for this purpose to the Secretary. All members who have not provided such information shall receive notices via U.S. Mail.

## Section 2 – Membership

A. Membership in the County Committee shall be open to all qualified electors, as defined in A.C.A. Section 7-1-101 (2016) Definitions (33), within that county. No oath or pledge shall ever be required as a condition.

B. County Committee members shall be elected through the Republican Primary elections held in even numbered years. In accordance with Arkansas law 7-3-104, qualified electors may choose to file to appear on the ballot of a primary election for the purpose of joining a county committee.

Page **15** of **47**

C. Committee members shall be responsible for canvassing and organizing their respective precincts, appointing precinct captains, recruiting qualified Republican candidates, raising party funds, identifying qualified poll workers, assisting the officers of the County Committee, and supporting and working to elect Republican candidates.

D. A County Committee shall be allowed one at-large member for every 50 votes cast, or major fraction thereof, in their county for the Republican nominee for Governor in the most recent gubernatorial election, plus one precinct member from each precinct in the respective county. The County Committee is encouraged to have a member from each precinct. Members of the Arkansas General Assembly, State Constitutional Officers, U.S. Senators and U.S. Representatives who are memers of a County Committee shall be ex-officio members of th County Committee.

E. If a County Committee Member misses three or more regular consecutive meetings without sending a proxy, that member shall be deemed "inactive" and will not count against quorum while the member is inactive. The inactive member may not issue a proxy pursuant to Article 1 Section 9 and may not serve as a voting member of the County Executive Committee. The member will no longer be considered "inactive" and will be reinstated to active membership upon attending a second consecutive County Committee meeting. If a County Committee Member misses four or more regular consecutive meetings without sending a proxy, the inactive member status shall be referred to the County Executive Committee for recommendations to the County Committee for action up to and including removal from County Committee Membership. Recommendations from the County Executive Committee may be approved by two thirds (2/3) vote of the members present at a regular meeting of the County Committee.

F. The final authority within the County shall be the Biennial County Convention and the Biennial State Convention. The County Convention is deemed to have delegated interim authority to the County Committee necessary to achieve the purpose and objectives of the County Committee and the Republican Party of Arkansas.

**Section 3 – Organization**

A. County Convention:

   1. Delegates to the County Convention are those committee members elected in the Republican primary election held in even-numbered years pursuant to Article II, Section 2(B). The number of delegate positions shall be on the same basis as members of the County Committee pursuant to Article II, Section 2(D).

   2. Notice of the County Convention shall be sent to delegates by the Chairman at least two (2) weeks prior to the date of the convention.

   3. Vacancies existing or occurring in the delegations to the County Convention after the primary election or elections may be filled by the County Committee.

4. The State Committeeman and State Committeewoman shall be elected by the County Convention and ratified by the State Convention.

5. Delegates and alternates to the State Convention shall be elected at the County Convention based upon the formula outlined in Article I Section 6.A.

6. In the event the Chairman fails to act in compliance with Article II Section 3(A), the State Chairman of the Republican Party of Arkansas shall initiate action to assure compliance with those provisions.

B. County Committee:

1. The County Committee shall be organized at the first meeting of the committee following the Biennial County Convention. The first County Committee meeting will begin immediately upon the adjournment of the Biennial County Convention.

2. At the first meeting as described in Article II, Section 3(B)1, the Committee shall elect a District Committeeman, District Committeewoman and members of the District Committee.  District Committee membership shall be based on the formula of one (1) District Committee Member for each 2,000 votes, or major fraction thereof, cast for the Republican nominee for Governor in the county in the preceding gubernatorial general election

3. The County Committee shall make every reasonable effort to accomplish the objectives of the Republican Party of Arkansas, maintain sufficient funds to conduct party activities, recruit and elect qualified Republican candidates, and conduct the affairs of the County Committee in such a manner as will result in respect by the electorate.

C. County Executive Committee:

1. The Executive Committee shall consist of the Chairman, First Vice-Chairman, Second Vice-Chairman, Secretary, Treasurer, State Committeeman, State Committeewoman, and other members as determined by the County Committee or set forth in the County Committee local rules.

2. The Executive Committee shall meet at such times as the Chairman or a majority of the members thereof may deem appropriate or necessary.

3. At least one-half (1/2) of the members of the Executive Committee shall be required to constitute a quorum.

4. Minutes of the meetings of the Executive Committee shall be recorded by the Secretary.

5. The Executive Committee shall be responsible for the plans and operations of the County Committee; shall recruit qualified Republican candidates for the local

offices; and shall perform such other duties as the County Committee may delegate or as directed in the County Committee local rules.

D.  Required Standing Committee(s)

1.  The Chairman shall appoint the membership of all Standing Committees, including the Chairman of each committee, with approval of the County Committee, within sixty (60) days following the election of Chairman.

2.  Finance Committee

a.  The Finance Committee shall consist of the County Chairman, Treasurer and additional County Committee members, appointed by the County Chairman and approved by the County Committee.

b.  The Finance Committee shall develop an annual budget for the activities and duties of the County Committee and shall be presented to and approved by the County Committee at a date determined by the Executive Committee, or as otherwise set forth in the County Committee local rules, which shall be no later than the end of the calendar year.

c.  Proposed expenditures, unless budgeted, shall require a two-thirds (2/3) vote of the members present at a meeting of the County Committee. Recommendations from the Finance Committee for unbudgeted expenditures shall be approved by a majority vote of the County Committee or as otherwise permitted by County Committee rules.

d.  The Finance Committee shall have the authority to adopt prudent and reasonable controls, policies and procedures for the establishment, approval, and expenditure of all special funds and bank accounts of the County Committee in compliance with applicable state and federal laws, these rules, and the County Committee local rules. All county funds shall be held in accounts that bear the County Committee name and signatories on the accounts shall be the County Chairman, or designate, and County Treasurer. These provisions extend to any account that bears the County Committee's federal ID number or requires that the County Committee assume any liability or fiduciary responsibility (hereinafter "bank accounts(s)". Use of a mechanical signature (digital, stamped, etc.) on any check, bank document, tax document or FEC report is prohibited.

e.  Any proposed financial transaction between the County Committee and any entity owned, operated, or represented by an officer of the Committee, a member of the Executive Committee, Finance Committee or Audit Committee must be approved by the County Committee before the transaction is consummated.

3.  Audit Committee

a. The Audit Committee shall consist of the second Vice-Chairman, who shall serve as Committee Chair, Secretary, one (1) member of the county committee who is appointed by the County Chairman.

b. The financial books of the County Committee shall be closed at the end of December of even numbered years and reviewed within sixty (60) days following the election of County Committee Officers. The review shall be performed by a competent person approved by the Executive Committee.

c. The Audit Committee shall establish an appropriate system of financial controls, monitor the effectiveness of such controls, conduct an audit, report to the Executive Committee the results of the audit and compliance with any policy and procedures established by this Committee. The Audit Committee shall report to the County Committee the actions of any officer, employee, or agent of the County Committee that, in its opinion, are in violation of these controls and practices, rules, local rules or the policies and procedures established by the committee.

d. The committee shall also perform other duties as the County Committee or the Executive Committee may assign.

E. General Financial Procedures

1. Generally Accepted Accounting Principles (GAAP) or cash basis shall be employed in all accounting and bookkeeping functions.

2. No one is empowered to incur indebtedness or financial obligation on the part of the County Committee unless budgeted and expressly authorized by the County Committee, and approved by the Executive Committee.

3. The Executive Committee may employ a qualified accountant to assist the Treasurer in the preparation of budgets, financial reports and in maintaining all bank accounts of the County Committee, the campaign disclosure reports, and any other reports required by law. The accountant shall have formal training in compliance and reporting procedures.

4. Any member of the Executive Committee, the Finance Committee, or the Audit Committee shall have full access to the financial records of the County Committee during regular business hours. Documents and records may not be removed from the office(s) of the County Committee or its designee with the exception that the Chairman of the Audit Committee may make copies of financial records for use by the Audit Committee.

     5.  Any County Committee Member may review the Treasurer's reports upon reasonable request to the Chairman and Treasurer or during a regular committee meeting.

## Section 4 - Primaries

A.  The County Committee will set the filing fees pursuant to Article VI of these rules.

B.  With regard to the support of candidates in an election, the County Chairman and County Election Commissioners shall abide by the requirements in Article I Section 5(A)1.

C.  The County Committee shall not endorse or otherwise publicly show favoritism to one candidate over another in a contested Republican primary. The County Committee, by a two-thirds (2/3) vote of the membership at any regular or duly announced special meeting, may vote that a particular candidate is not a recommended candidate.

D.  The Chairman and Secretary are charged with the responsibility to provide candidates all necessary information about the filing process and receive and process the filing forms in accordance with state law. They are also charged with ensuring that the County Committee receives certificates of nomination from the county board of election commissioners for local candidates.

E.  Not earlier than forty five (45) days and not later than fourteen (14) days prior to the date of the preferential primary filing period, the Chairman shall cause to be published no less than once a week for two (2) consecutive weeks in a newspaper of general circulation within the county stating:

     1.  Name and contact information for the Committee Secretary, and
     2.  Day and hour of both the start and finish times of the filing period.

F.  All persons desiring to be Republican candidates for county public office, County Committee member and/or delegate to the County Convention shall deliver their filing fees and applicable forms to the Chairman or Secretary. If a candidate is unable to deliver the applicable forms and filing fees to the Chairman or Secretary, in person, the candidate may designate, in writing, a bearer who may submit the applicable forms and filing fees to the Chairman or Secretary. A designated bearer may submit the applicable forms and filing fees for a maximum of two candidates per filing period.

## Section 5 – Meetings

A.  The County Committee shall hold a minimum of nine (9) meetings throughout each year at a regularly scheduled time and place as designated by the Chairman and approved by the majority of the County Committee.

B.  One-fourth (1/4) of the total number of active members of the County Committee shall constitute a quorum for regularly scheduled meetings. A quorum is required for the transaction of business requiring a vote of the members.

C. Special meetings may be called by a majority of the County Executive Committee or one-fourth (1/4) of the total number of active members of the committee, provided that in no instance shall any special meeting be called by less than five (5) members. Notice of the time, place, date and purpose shall be transmitted to each member of the committee at least ten (10) days in advance. One third (1/3) of the total number of active members of the committee shall constitute a quorum at all special meetings.

D. No action shall be taken by the County Committee to adopt or amend County Committee local rules, elect any officers or assess filing fees unless the proposal shall have been set forth in the notice calling the meeting. The notice shall be sent to each member of the County Committee pursuant to Article II Section 1(E) at least (10) days before the meeting date. The notice shall include, at a minimum, the time and place of the meeting.

## Section 6 – Duties of County Officers

A. Chairman: The Chairman shall preside at all meetings of the County Committee and the County Executive Committee, shall coordinate the political activities of the county, shall assist Republican candidates in organizing, planning, and conducting their respective campaigns in the county, and shall perform other duties as assigned by the County Committee. The County Chairman shall appoint all chairpersons and members to serve on all standing and ad-hoc committees.

   1. A candidate in a contested Party Primary election is not eligible to be County Chairman. If the County Chairman should become a candidate in a contested Party Primary election, he or she shall resign the chairmanship or withdraw from the candidacy within three (3) business days of either of the following:

      a. If filed a campaign financial statement report with the appropriate jurisdiction; or
      b. Filing for office.

   2. If the Party Primary is not contested when the Chairman enters the race per any of the two criteria above, the Chairman does not have to resign or withdraw from the candidacy until another candidate enters the race. Determination on when another candidate officially enters the race will use the same two criteria from this section.

B. First Vice-Chairman: The First Vice-Chairman shall assume the duties of the Chairman in presiding over meetings in the absence of the Chairman, coordinate the activities of all the standing committees and any other such committees as the Chairman might establish, assist the Chairman in the selection of effective committee chairmen, assure that the committees are performing their activities, keep the Chairman informed on activities of the various committees, and shall perform other duties as assigned by the Committee.

C. Second Vice-Chairman: The Second Vice-Chairman shall assume the duties of the Chairman in the absence of the Chairman and First Vice-Chairman. The Second Vice-Chairman shall, assist the Chairman in the selection of interested and qualified Republicans to fill vacant positions as officers and precinct committeemen assist the Chairman in assuring that the Rules of the Republican Party of Arkansas are observed, and shall perform other duties as assigned by the County Committee.

D. Secretary: The Secretary shall serve as the chief clerical officer of the County Committee and County Executive Committee. Other duties include maintaining mailing lists, sending notices of meetings, agendas for meetings, and recording minutes of the official meetings. The Secretary shall notify the State Party of the roll of delegates/alternates to the State Convention within ten (10) days following their election at the Biannual County Convention.

   1. Minutes of the immediate past meeting of the County Committee shall be read and approved at each meeting of the County Committee. Minutes of any committee meeting shall be available for viewing by any member of the County Committee at any regular meeting of the County Committee.

   2. The Secretary is also responsible for keeping a current roster of the County Committee's members of the District Committee, and to notify the Secretary of the State Committee, the District Chairman and the District Secretary within ten (10) days after their election to the District Committee.

E. Treasurer: The Treasurer shall receive and account for all funds paid into the county committee treasury, issue an official receipt to each contributor, keep a permanent record of all receipts and disbursements and report the financial condition to the Chairman and County Committee. The Treasurer shall serve as a member of the Finance Committee.

   1. The Treasurer shall submit to the Executive Committee, the Finance Committee and the County Committee a monthly report of actual revenue and expenditures by line item. The Treasurer shall prepare other written reports that the Executive Committee or the Finance Committee may require.

   2. The Treasurer shall cause to be prepared and filed all financial reports required by federal, state and local laws, including payroll tax returns, income tax returns and campaign finance disclosure reports and shall be responsible to assure the accuracy of such reports. The Treasurer shall monitor and supervise the preparation of such reports and shall sign reports as a duty of that position

F. District Committeeman/Committeewoman: The District Committeeman/Committeewoman and District Committee Members shall attend the District meetings and appropriate political functions, vote on party policy matters and election of District officers, reflecting the will and interest of the County Committee, and inform the County Committee on actions and decisions adopted by the District Committee.

G. State Committeeman/Committeewoman: The State Committeeman/Committeewoman shall attend State Committee meetings and appropriate political functions, vote on party policy matters and election of state officers, reflecting the will and interests of the County Committee, and inform the County Committee on actions and decisions adopted by the State Committee.

## Section 7 – Election of Officers

A. County Committees shall meet in January of odd numbered years to elect a Chairman, First Vice-Chairman, Second Vice-Chairman who must be of the opposite gender of the First Vice-Chairman, Secretary, Treasurer, Election Commissioners and such other offices as the county local rules specify. Inactive County Committee members may not be nominated/elected as an officer of the County Committee. The meeting at which County Committee Officers are elected may be a regular meeting or a special meeting, called by the Chairman, for the purpose of election of officers. Notice of the time, place and purpose of the regular or called special meeting shall be sent to each member of the Committee at least ten (10) days in advance of the meeting date. The Secretary shall certify the election of the Chairman and election of the Election Commissioner(s) to County Clerk within ten (10) days after the election and to the Secretary of the State Committee.

B. Any officer of the County Committee shall not serve as a member of the County Board of Election Commissioners. Exceptions may be granted by the applicable District Chairman on a case-by-case basis after ensuring any county officer understands that Arkansas voting law prohibits an election commissioner from participating in any person's campaign listed on a county's ballot (A.C.A. §7-4-109(C)(2)(A).

C. If the Chairman dies, resigns, is removed, or otherwise vacates the position, the 1st Vice-Chairman shall serve as Chairman and 1st Vice-Chairman and assume the duties of both until a new Chairman is elected at a meeting of the County Committee held within 75 days of the occurrence of the vacancy. Notice of the time, place and purpose of the meeting, called by the 1st Vice-Chairman, shall be sent to each member of the committee at least fourteen (14) days in advance of said meeting.

D. If the 1st Vice-Chairman dies, resigns, is removed, or otherwise vacates the position, the Second Vice-Chairman shall serve as 1st Vice Chairman and 2nd Vice Chairman until that position is filled in the same manner as the filling of the vacancy of the county chairman position.

E. Tenure in office – Chairman shall be limited to four (4) consecutive two (2) year terms.

## Section 8 – Vacancies

A. A vacancy in the membership of the County Committee shall be deemed to exist under any of the following:

1. When a member tenders his or her resignation in writing to either the Secretary or Chairman.

2. When a member tenders his or her resignation orally before the County Committee.

3. In the event of death of a member or permanent change of residence such that the member is no longer a qualified elector in the county.

4. If the member is removed in accordance with the Rules of the Republican Party of Arkansas.

5. If the election of a prospective member would not exceed the total numbers of members authorized for the County Committee.

B. Nominations to fill vacancies in the County Committee may be made at any regular meeting and shall be voted on at the next regular County Committee meeting at which the nominee is present, unless the Committee takes action to defer to a later meeting due to incomplete membership information or forms.

C. If a County Committee is at its maximum number of at-large members, a nominee may only fill the vacancy of a precinct committee position.

D. Nominees must be presented in person to the members of the County Committee at the time of nomination and shall pay a fee equal to the filing fee. The filing fee may be prorated if a member is nominated twelve or more months following the date of the last biennial county convention.

E. Nominees for membership on the County Committee must affirm their concurrence with the Party Objectives and Principles as stated in the "Preamble" to these Rules.

## Section 9 – Removal

A. Charges for removal may be brought against any member of the County Committee, or against any person elected by the County Committee, by a majority vote of the executive committee or by no fewer than five active county committee members for any one of the following reasons:

1. Failing to qualify as an elector.

2. Willful violation of these rules or working against the interest of the Republican Party.

3. Inactivity, neglect, or refusal to perform the duties of the office.

B. An Election Commissioner may be removed, pursuant to this Section 9, for the reasons stated in Article II Section 9(A) or for failing to perform duties as specified in the State

Board of Election Commissioners (SBEC) Procedures Manual for County Boards of Election Commissioners, or being cited following a SBEC investigation for significant violations of Arkansas voting law.

C. Charges against any member or officer, except the Chairman or County Election Commissioner, shall be made to the Chairman, who shall within ten (10) days appoint three (3) qualified County Committee members to serve on an Investigation Committee which will investigate the charges.  Within ten (10) days following the appointment, the Investigation Committee shall furnish to the person charged a copy of all charges, setting a time and place for the person charged to be heard. Within 30 days of the appointment of the Investigation Committee, the Investigation Committee shall make a written report of its findings, including a recommendation, to the Executive Committee. Within 10 days after receiving the recommendation from the Investigative Committee, the Executive Committee, taking into consideration the recommendation of the Investigative Committee, will determine whether to remove the member and report such decision to the Secretary of the County Committee. In the event of removal, the Chairman shall notify the person removed in writing. An appeal of the Executive Committee's decision may be made by filing a written notice with the Secretary within thirty (30) days, upon receipt of which the Secretary shall place the matter on the agenda for the next meeting of the County Committee for final determination.

D. A County Election Commissioner may be removed by the County Committee in a special meeting called by no less than one-third (1/3) of the active committee membership or a majority of the Executive Committee. In case a meeting is called for this purpose, the Election Commissioner shall be given at least ten (10) days written notice of the charges and the time and place of the meeting and shall be entitled to be heard. A County Election Commissioner may be removed by a majority vote of the County Committee at this special meeting.

E. The Chairman may be removed by the County Committee in a special meeting called by no less than one-third (1/3) of the active committee membership. The Chairman shall be removed by a secret ballot vote of not less than two-thirds (2/3) of the membership present and voting of the county Committee.  In case a meeting is called for this purpose, the Chairman shall be given at least ten (10) days written notice of the charges and the time and place of the meeting and shall be entitled to be heard.

F. The Executive Committee of the Republican Party of Arkansas may remove a County Chairman pursuant to Article VII.

## Section 10 – County Committee Local Rules of the County Committee

A. No local rules shall be established by a County Committee, which are contrary to the rules of the Republican National Committee (RNC) or the Republican Party of Arkansas (RPA), laws of the State of Arkansas, or laws of the United States of America. Any existing rules or local rules of any County Committee which are in conflict with federal or state law, RNC Rules or RPA Rules shall be null and void.

B. County Committee local rules, which are in addition to these rules, are developed and approved by the Biennial County Convention.

    1. Local rules may be amended by a two thirds (2/3) vote of the members present at a regular meeting of the county committee, or by simple majority at a County Convention, provided that ten (10) days written notice shall have been given of any proposed amendment, and provided the amendment is not contrary to National or State Rules or Federal and State laws.

    2. Any local rule may be suspended during any meeting of the County Committee by a nine-tenths (9/10) vote of the members present.

    3. No more than 10 days after any change to the local rules, the Secretary shall forward to the Secretary of the State Committee and the Republican Party of Arkansas staff a copy of the current local rules of the County Committee.

    4. The local rules shall be made available to all members of the county committee, including new members at the time of joining the committee.

## Section 11 – Rules Review

A. Pursuant to Article VII, Section 1 of these Rules, County Committee Members may file a "Request for Review" with the State Chairman if there is evidence of failure within a County Committee to observe these rules and/or local rules of the County Committee. A "Request of Review" may be filed if signed by not less than one fifth (1/5) of the active membership of the County Committee, provided that in no instance shall a "Request for Review" be filed by less than five (5) members.

**Note:**
A County Chairman may submit a written "Request for Variance" from these Rules to the Chairman, RPA Rules Committee. The "Request for Variance" will be considered by the Rules Committee within 45 days from the receipt of the Request. The "Request for Variance" will be acted upon unless the request would violate RPA Rules. Any approved "Request for Variance" may apply to all County Committees with equal or fewer authorized members.

# ARTICLE III - CONGRESSIONAL DISTRICT COMMITTEE

**Sections**

1. General Provisions
2. Membership
3. Meetings
4. Election of Officers
5. Minorities Representative
6. Vacancies
7. Removal
8. Request for Review

**Section 1 – General Provisions**

A. The purpose of the Congressional District Committee is to:

1. Recruit and elect a Republican Congressman

2. Serve the counties and assist them to grow and develop and to assist them in the recruitment and election of qualified Republican Candidates

3. Elect delegates and alternates to the Republican National Convention,

B. The District Chairman shall coordinate party matters within the District and shall represent District interests on the State Executive Committee and the State Committee.

C. The District Chairman shall be entitled to vote only in case of a tie.

D. Members of the District Committee may not cast more than one (1) vote on any question before the District Committee even though he or she may hold more than one position entitling him/her to membership in the District Committee.

E. Members of the District Committee who are also members of the State Committee may not vote in the District Committee election of Delegates/Alternates to the Republican National Convention.

**Section 2 - Membership**

A. Each District Committee shall be composed of:

1. Elected District Officers,

2. The County Chairman of each county in the District,

3. A District Committeeman and District Committeewoman from each county in the District,

*Page 27 of 47*

4. Each elected Republican countywide official and Justice of the Peace from each county in the District

    a. Each countywide official and Justice of the Peace shall, at the time of filing for public office, indicate in writing if he or she wishes to be a member of the District Committee. Positions not claimed shall be filled at the organizational meeting of the County Committee following the Biennial County Convention.

5. One District Committee member from each county for each 2,000 votes, or major fraction thereof, cast for the Republican nominee for governor in the last preceding gubernatorial general election,

6. A Minority Representative elected, prior to the District election, by a Minority Caucus called by the District Chairman,

7. The First Vice-Chairman of each College Republican Club at each College or University in the District in good standing with the AFCR,

8. The First Vice-President of each Republican Women's Club in good standing with the AFRW and NFRW,

9. The First Vice-Chairman of each Young Republican Club in the region in good standing with the AFYR.

B. The District Committeeman, the District Committeewoman, and District Committee Members from each county shall be elected at the organizational meeting of the County Committees following the biennial County Convention.

1. District Committee members shall be elected by numbered positions.

2. Newly elected District Committee Members shall begin their term at the first meeting of the District Committee following the biennial County Conventions.

3. The Secretary of each County Committee shall certify the election of District Committee members to the Secretary of the State Committee and to the District Chairman and District Secretary within ten (10) days following the election.

4. Within thirty (30) days after the gubernatorial general election results are certified, the State Chairman shall notify the County Chairman and the County Secretary for each county and the District Chairman and District Secretary of any adjustment to be made in the number of District Committee Members from each county. In the event of a reduction, those District Committee Members with the highest corresponding position numbers shall be declared to be removed from office. In the event of an increase, the respective County Committee shall, within 60 days, elect District Committee Members to fill the new position(s).

**Section 3 - Meetings**

A. District Committees shall meet biennially, in odd numbered years, between February 15 and March 15, for the purpose of election of District Officers, the District Representative to the State Executive Committee, the District Representative to the Appointee Recommendations Committee and four (4) Representatives (or Regional Chairmen) to the State Committee.

B. Following the biennial organizational meeting, the District Committee shall meet semi-annually and at such times as the District Chairman or State Chairman may direct.

C. The call for all District meetings shall be transmitted to each County Chairman and County Secretary thirty (30) days prior to the meeting date. The County Chairman shall communicate the call to the District Committee Members twenty (20) days in advance of the meeting date. The call for any meeting of the District Committee may be sent by facsimile, e-mail or other electronic means to members who provide prior written approval to receive meeting notices electronically. All members who have not provided such prior approval shall receive meeting notices by U.S. Mail.

D. Minutes of all District Committee Meetings shall be filed with the Secretary of the State Committee within thirty (30) days after the meeting.

E. One-third (1/3) of the total number of members of the committee shall constitute a quorum at all meetings of the District Committee.

F. The State Chairman shall provide each District Chairman and District Secretary with a certified listing of District Committee Members within ninety (90) days following the biennial County Convention. The listing shall be revised following the General Election to reflect changes in Republican County Elected Officials and Republican Justices of the Peace for each county. The revised listing shall be provided no later than December 31 of each even numbered year. Within fifteen (15) days following the biennial election of County Committee Officers, the listing shall be revised to reflect the newly elected Chairman of each County Committee and shall be furnished to each District Chairman and District Secretary no later than February 15 of each odd numbered year.

G. A Credentials Committee consisting of three (3) voting members from 3 different counties within the district shall be appointed by the District Chairman no later than 21 days in advance of the District Meeting.

H. An updated District Committee Membership List must be submitted to the District Secretary by each county no later than 10 days prior to the meeting. Only members on the updated list will be allowed to vote.

I. Special Meetings may be called by one-fourth (1/4) of the total number of members of the District Committee. Notice of the time, place, date and purpose thereof shall be

communicated to each member in accordance with the procedure outlined in section Article III, 3(C).

J.  No action shall be taken by the District Committee on proposals to fill vacancies, adopt or amend rules or elect any officers unless the proposal shall have been set forth in the notice calling the meeting.

## Section 4 – Election of Officers

A.  A person shall be a member in good standing of a County Committee within the District to qualify as a candidate for a District Officer.

B.  Between February 15 and March 15 of odd numbered years each Congressional District Committee shall meet to elect a Chairman, First Vice-Chairman and a Second Vice Chairman who shall be of the opposite gender, Secretary, Treasurer, the District Representative to the State Executive Committee, the District Representative to the Appointee Recommendations Committee and four (4) Representatives (or Regional Chairmen) to the State Committee. The District Representative elected to serve on the State Executive Committee shall be a County Chairman, a past County Chairman, or past District Chairman who shall not be a resident of the same county as the District Chairman. Each District Committee, by a vote of the members at a regular or special meeting, may choose to be represented on the State Committee by Regional Chairmen in that District, elected by region, or by four (4) District Representatives to the State Committee, elected by the District Committee Members. If the District Committee Members choose to elect four (4) Representatives to the State Committee, not more than one Representative may reside in the same county except that a Representative may be elected for each region within a county with more than one (1) region.

C.  The call for the meeting shall be transmitted to each County Chairman and County Secretary thirty (30) days prior to the meeting date. The County Chairman shall communicate the call to the District Committee Members within their county twenty (20) days in advance of the meeting date in accordance with the procedure outlined in Article III Section 3(C).

D.  The District Chairman shall call the meeting to order and direct the District Secretary to call the roll. Following a report from the credentials committee confirming the credentials of members the District Chairman shall call for the election of District Officers and Representatives.

  1.  If the incumbent District Chairman will be a candidate for re-election the ranking District Officer, who will not be a candidate for District Chairman, shall conduct the election for District Chairman.

  2.  The newly elected District Chairman shall conduct the election for all other District Officers and Representatives.

E. If the District Chairman dies, resigns, is removed or otherwise vacates the position, the First Vice-Chairman shall serve as both Chairman and First Vice-Chairman and assume the duties of both Chairman and First Vice-Chairman until a new Chairman is elected at a meeting of the Committee held within seventy-five (75) days of the occurrence of the vacancy.

F. Notice of the time, place and purpose of the meeting, called by the First Vice Chairman shall be transmitted to each County Chairman and County Secretary thirty (30) days prior to the meeting date. The County Chairman shall communicate the call to the District Committee Members twenty (20) days in advance of the meeting date in accordance with the procedure outlined in Article III Section 3(C).

G. If the First Vice-Chairman dies, resigns, is removed or otherwise vacates the position, the Second Vice-Chairman shall serve as First Vice-Chairman and assume the duties of both the First Vice-Chairman and the Second Vice-Chairman for the remainder of the term.

H. Tenure in office – District Officers shall be limited to four (4) consecutive two (2) year terms.

## Section 5 – Minorities Representative

A District Minorities Representative shall be elected, by majority vote, at a Minority Caucus called by the District Chairman, to be held in conjunction with the District organizational meeting. The District Minorities Representative shall represent the District on the State Committee. Members of the Minority Caucus shall include minority members in good standing of any County Committee within the District in attendance at the meeting of the Minority Caucus.

## Section 6 – Vacancies

District Committee vacancies shall be filled by the body that originally elected the member.

## Section 7 – Removal

A. Charges for removal may be brought against any person elected by the District Committee for any one of the following reasons:

1. Failing to qualify as an elector;

2. Willful violation of these rules or working against the interest of the Republican Party; and

3. Inactivity, neglect, or refusal to perform the duties of the office.

B. Charges against any person elected by the District Committee, except the chairman, shall:

1. Be made in writing to the District Chairman, who shall within ten (10) days appoint three (3) qualified Republican electors within the district to investigate the charges, then

2. Within ten (10) days following the appointment, the Investigation Committee shall make a written report of its findings to the District Chairman

3. Who shall, in the event of removal, notify, in writing within five (5) days, the person removed.

C. The Chairman's decision may be appealed by filing a written notice with the District Secretary within 30 days. Upon receipt of the written notice of appeal the Secretary shall place the matter on the agenda for the next meeting of the District Committee for the final determination.

D. The District Chairman may be removed by the District Committee at a special meeting called for that purpose by written petition to the District Secretary by at least one-third (1/3) of the committee membership. The District Chairman shall be removed by a vote of not less than two-thirds (2/3) of the membership of the District Committee present and voting. One-third (1/3) of the total number of members of the committee shall constitute a quorum. The District Chairman shall be given at least ten (10) days written notice of the time and place of the meeting and shall be entitled to be heard by the District Committee.

**Section 8 – Request for Review**

A. Pursuant to Article VII, Section 1 of these Rules, District Committee Members may file a "Request for Review" with the State Chairman if there is evidence of a failure within a District Committee to observe these rules and/or local rules of the District Committee. A "Request of Review" may be filed if signed by not less than one fifth (1/5) of the active membership of the District Committee, provided that in no instance shall a "Request for Review" be filed by less than five (5) members.

# ARTICLE IV - STATE COMMITTEE

**Sections**

1. General Procedure
2. Membership
3. Standing Committees
4. Meetings
5. Order of Business
6. Duties of State Officers
7. National Committee Members
8. Vacancies
9. Removal
10. Amendment of Suspension of Rules

## Section 1 – General Procedures

A. The State Chairman shall be entitled to vote only in case of a tie.

B. No member of the State Committee may cast more than one vote on any question before the State Committee even though the member may hold more than one position entitling to membership on the State Committee.

## Section 2 – Membership

A. The Republican State Committee shall be composed of the following members:

    1. State Executive Officers
        a. State Chairman
        b. First Vice Chairman
        c. Second Vice Chairman
        d. National Committeeman
        e. National Committeewoman
        f. Secretary
        g. Deputy Secretary
        h. Treasurer
        i. Deputy Treasurer
    2. Finance Chairman
    3. Rules Chairman
    4. General Counsel
    5. Deputy General Counsel
    6. Congressional District Officers
        a. U.S. Congressional District Chairs
        b. U.S. Congressional District Minority Representatives
        c. U.S. Congressional District Regional Committee Chairs or District Representatives
    7. County Officers

          a. County Chairmen
          b. State Committeeman from each county
          c. State Committeewoman from each county
     8. Allied Republican Organizations
          a. Chairman of the Arkansas affiliate of the National Black Republican Association
          b. Chairman of the Arkansas affiliate of the Republican National Hispanic Assembly
          c. President of the Arkansas Federation of Republican Women
          d. President of each Arkansas Republican Women's club in good standing with the AFRW and NRFW
          e. Chairman of the Arkansas Federation of Young Republicans
          f. Chairman of each member club of the Arkansas Federation of Young Republicans in good standing with the AFYR
          g. Chairman of the College Republicans of Arkansas
          h. Chairman of each College Republicans club organized at a college or university in Arkansas in good standing with the AFCR
          i. Chairman of the Teenage Republicans of Arkansas Chairman of each Teenage Republicans of Arkansas club
     9. Elected Officials (ex-officio)
          a. Any Republican elected and serving as a U.S. Senator or U.S. Representative
          b. Any Republican elected and serving as an Arkansas Constitutional Officer
          c. Former elected Republican Governor, U.S. Senator or U.S. Representative
          d. All Republicans presently serving as members of the Arkansas General Assembly

B. State Committeemen and State Committeewomen shall be elected by the County Conventions and ratified by the State Convention. Each State Committeeman and State Committeewoman shall serve until the next State Convention or until a successor is elected.

## Section 3 – Standing Committees

A. Platform & Resolutions – The State Chairman shall appoint a chairman and at least four (4) members.

B. Rules - The State Chairman shall appoint a chairman and at least four (4) members.

C. Campaign - The State Chairman shall appoint a chairman and at least four (4) members.

D. Scholarship – The chairman shall appoint one (1) member from each Congressional District, one of which will be appointed to chair the Scholarship Committee.  Additional members shall be 1) the President of the Arkansas Federation of Republican Women, 2) the Chairman of the Arkansas Federation of Young Republicans, 3) the Chairman of the

Page **34** of **47**

Arkansas Federation of College Republicans and 4) the Chairman of the African American Republican Caucus.

E. The Appointee Recommendations Committee shall serve to recruit and evaluate qualified persons, giving preferred recommendation to loyal Republicans when submitting names for appointive positions to the Republican Governor and the Republican President.

  1. The Appointee Recommendations Committee shall be composed of seven (7) members, at least one of whom shall be a minority and at least one of whom shall be female.  Each Congressional District Committee shall elect one member of the committee after which the State Chairman shall select three (3) members subject to the approval of the Executive Committee.

  2. Prior to recommending any applicant for appointment to any appointive position, the name of the applicant shall be submitted to the County Committee in which the applicant resides. The appropriate County Committee shall either approve and recommend, or disapprove and request a substitute recommendation. The Appointee Recommendations Committee may not recommend nor forward the name of the said applicant if not approved and recommended by the County Committee.

**Section 4 – Meetings**

A. Meetings of the State Committee may be called by any one of the following:

  1. The State Chairman.

  2. The State Executive Committee.

  3. Written request of at least ten percent (10%) of the committee representing at least ten (10) counties, whereupon such notice shall be issued by the Secretary of the State Committee within ten (10) days after receipt. The notice shall call the meeting for a day no less than ten (10) days nor more than twenty (20) days after the date of mailing the notice.

B. No action shall be taken by the State Committee on proposals to adopt resolutions, fill vacancies, adopt or amend rules, or elect officers, unless the proposal shall have been set forth in the written notice calling the meeting. The notice, and supplemental information, must be mailed, or electronically transmitted, at least ten (10) days before the meeting. All issues included in the written notice of the meeting must be submitted in writing to the RPA headquarters at least ten (10) days prior to the meeting notice mailing and therefore at least twenty (20) days prior to the actual meeting.

C. At any meeting called in accordance with Article IV Section 3(A), one third (1/3) of the total membership shall constitute a quorum.

**Section 5 – Order of Business**

The Order of Business for State Committee meetings shall be determined by the State Chairman with reference required from the latest edition of Roberts' Rules of Order. Before any adjournment of a State Committee meeting, the floor must be open for general inquiries and discussion on matters of interest to the Republican Party of Arkansas by any State Committee member.

## Section 6 – Duties of Officers

A. The State Chairman shall be the chief executive officer of the Republican Party of Arkansas; shall preside at all meetings of the State Committee and the State Executive Committee; shall coordinate the political activities of the party; shall assist Republican candidates for county, district, and state offices in organizing, planning and conducting their respective campaigns; shall designate party representative on any board, commission, or other body for which the selection is not otherwise specified by these rules; shall appoint such committees of the State Committee or Executive Committee as shall be necessary and shall perform such other duties as may be delegated from time to time between State Conventions by the State Committee or the State Executive Committee.

B. The First Vice-Chairman shall perform the responsibilities delegated by the State Committee, the Executive Committee, or the Chairman. The First Vice-Chairman shall be a working, functioning, and participating officer, who shall be kept abreast of party activities statewide and shall be capable of assuming the responsibilities of the State Chairman at any time. The First Vice-Chairman shall preside at meetings of the State Committee and the State Executive Committee in the absence of the chairman.

C. The Second Vice-Chairman shall be of the opposite gender of the First Vice-Chairman. The Second Vice-Chairman shall perform the same responsibilities as the First Vice-Chairman, and shall be capable of assuming the responsibilities of Chairman at any time. The Second Vice-Chairman shall preside at meetings of the State Committee and Executive Committee in the absence of the Chairman and the First Vice-Chairman.

D. The Secretary shall be the chief clerical officer of the State Committee and the Executive Committee. The Secretary shall act as Secretary of each State Convention until a Secretary of the Convention has been chosen. The Secretary shall maintain an updated set of rules of the Republican Party of Arkansas and make available a copy to any party member requesting them.

E. The Treasurer, as a member of the Budget Committee, shall participate in the preparation of the annual budget. The Treasurer, in concurrence with the State Chairman, shall be responsible for providing financial reports to the Executive Committee and the State Committee. The Treasurer shall assist the State Chairman in meeting governmental reporting requirements.

F. The Chairman, First Vice-Chairman, Second Vice-Chairman, the Secretary, and the Treasurer, shall be elected by the State Committee at a meeting called by the Chairman between the general election and the end of the year, and shall hold office until their

successors are elected and qualified. Officers other than the Chairman shall be voting members of the State Committee, but shall not have two votes if they represent their county. Any person who wished to be a candidate for a State Party Office shall inform the Secretary of the State Party, in writing, of their intent to be a candidate no later than 20 days prior to the date of the State Committee Meeting at which the election will be held. If no person issues a notification of intent for a specific office, nominations may be made from the floor for that office on the date of election of officers.

G. The Assistant Secretary, the Assistant Treasurer, the Finance Chairman, and General Counsel, shall be appointed by the Chairman, subject to the approval of the Executive Committee.

H. The State Chairman may serve as a volunteer or paid chairman. All candidates for State Chairman shall designate in writing any expectation of compensation detailing the amount and type of compensation expected. The statement of expected compensation shall be submitted to the Secretary of the State Committee twenty (20) days prior to the date of the State Committee Meeting at which the election of the State Chairman will be held. This information shall be included with the agenda for the State Committee Meeting at which the election of the State Chairman will be held. Should a candidate designating paid status be elected, the Executive Committee shall be empowered to establish the salary and conditions of employment for the term of office to which he or she was elected, not to exceed the maximum expected compensation submitted by the candidate.

I. Any officer need not be a member of the State Committee at the time of their election or appointment.  Only members of the State Committee of the RPA may offer nominations or seconds to nominations.

J. Tenure in office – The State Chairman, a member of the Republican National Committee, shall be limited to six (6) two (2) year terms. First Vice-Chairman, Second Vice-Chairman, Secretary and Treasurer shall be limited to four (4) consecutive two (2) year terms.

K. Serving dual roles as an elected official and RPA executive officer is discouraged such that:

   1. An elected official wishing to concurrently serve as RPA State Chairman or National Committeeman/woman must have their nomination for that position approved by a two-thirds (2/3) vote of the members of the State Committee before being allowed to enter a contested race for State Chairman or National Committeeman/woman.

   2. A candidate in a contested Party Primary election is not eligible to be State Chairman or National Committeeman/woman. If a person holding any of the 3 positions should become a candidate in a contested Party Primary election, he or she shall resign from his or her position or withdraw from the candidacy within three (3) business days of the soonest of any of the following:

    a. Having filed a campaign financial statement report with the appropriate jurisdiction; or

    b. Filing for office.

3. If the Party Primary is not contested when the Chairman or National Committeeman/woman enters the race per any of the two criteria above, he or she does not have to resign or withdraw from the candidacy until another candidate enters the race. Determination on when another candidate officially enters the race will use the same two criteria from this section.

## Section 7 – National Committee Members

A. The National Committeeman and the National Committeewoman shall be elected by the State Committee at the State Committee Meeting called to select delegates and alternates to the National Convention.

B. Tenure in office – The National Committeeman and National Committee-woman shall be limited to three (3) consecutive four (4) year terms. A person serving a partial term shall not be prevented from serving three (3) additional four (4) year terms.

## Section 8 – Vacancies

A. Vacancies shall be filled by the same body responsible for the initial election of that member.

B. Vacancies in the office of National Committeeman and National Committeewoman shall be filled by the State Committee.

C. If the State Chairman dies, resigns, is removed, or otherwise vacates the position, the First Vice-Chairman shall serve as Chairman and First Vice-Chairman and assume the duties of both Chairman and First Vice-Chairman until a new Chairman is elected at a meeting of the Committee held within sixty (60) days of the occurrence of the vacancy. Written notice of the time, place and purpose of the meeting, called by the First Vice-Chairman, shall be mailed to each member of the Committee at least fourteen (14) days in advance of said meeting.

D. In the event of the death, resignation, refusal, permanent absence from the state, or removal of the First Vice-Chair, the Second Vice-Chair shall serve as First Vice-Chairman and assume the duties of both First and Second Vice-Chair until an election is held at the next meeting of the State Committee to elect the First Vice-Chairman.

E. The resignation of an Officer of the State Committee, including National Committeeman and National Committeewoman, shall be submitted, in writing, to the Secretary of the State Committee by electronic mail, facsimile or U.S. Mail. If no effective date of resignation is stated in the letter of resignation, the effective date shall be the date received by the Secretary of the State Committee.

**Section 9 – Removal**

A. Any person elected by the State Committee may be removed for:

    1. Failing to qualify as an elector;

    2. Willful violation of the party rules or working against the interests of the Republican Party; or

    3. Inactivity, neglect, or refusal to perform the duties of the office.

B. Charges against any member or officer, except the Chairman, shall be made in writing to the State Chairman, who shall within ten (10) days, appoint three (3) qualified Republican electors within the state to investigate the charges. Within ten (10) days following appointment, the Investigation Committee shall complete their investigation and provide the person charged and the Executive Committee a copy of all charges and findings. The Executive Committee will set a reasonable time and place for the person charged to be heard and will make a determination on the charges for removal at a meeting no less than ten (10) days nor more than twenty (20) after receipt of the Investigation Committee findings.

C. The Chairman may be removed by the State Committee at a meeting called for that purpose, by at least one-third (1/3) of the committee membership, by a vote of not less than two-thirds (2/3) of the membership present and voting. The State Chairman shall be given written notice by certified mail from the Republican Party of Arkansas at least ten (10) days prior to any vote by the Republican Party of Arkansas State Committee. The notice shall include the charges and the time and place of the meeting at which the vote is to occur. The State Chairman shall be entitled to be heard at that meeting.

**Section 10 – Amendment or Suspension of Rules**

A. These rules may be amended by a two-thirds (2/3) vote of the members of the State Committee present and voting, provided that ten (10) days written notice shall be given on any proposed amendment.

B. Any rule may be suspended during any meeting of the State Committee by a nine-tenths (9/10) vote of members present and voting.

# ARTICLE V - STATE EXECUTIVE COMMITTEE

**Sections**

1. General Procedure
2. Membership
3. Meetings
4. Order of Business
5. Duties of Executive Committee
6. Vacancies
7. Removal

## Section 1 – General Procedure

A. The Chairman shall be entitled to vote only in case of a tie.

B. No member of the State Executive Committee may cast more than one vote on any question before the State Executive Committee even though he or she may hold more than one position entitling him or her to membership on the State Executive Committee.

C. No member of the State Executive Committee may hold more than one position entitling membership on the State Executive Committee except on a temporary basis per the procedure for the election of the State Chairman (Article IV, Section 8(C)) or First Vice-Chairman (Article IV, Section 6(B)).

## Section 2 – Membership

The Executive Committee shall be composed of:

1. State Chairman

2. First Vice-Chairman

3. Second Vice-Chairman

4. Secretary

5. Deputy Secretary – will serve on the committee as a voting member in the absence of the Secretary.

6. Treasurer

7. Deputy Treasurer – will serve on the committee as a voting member in the absence of the Treasurer.

8. National Committeeman

9.  National Committeewoman

10. General Counsel

11. Finance Chairman

12. Rules Chairman

13. The Republican Leader of the Arkansas Senate. (ex-officio).

14. The Republican Leader of the House of Representatives. (ex-officio).

15. The President of the Arkansas Federation of Republican Women.

16. The Chairman of the College Republicans of Arkansas.

17. The Chairman of the Arkansas affiliate of the National Black Republican Association

18. The Chairman and District Representative of each Congressional District Committee.

19. Republican members of the U.S. Senate or U.S. House of Representatives (ex-officio).

20. Any Republican elected and serving as a State Constitutional Officer (ex-officio).

21. The president of the Arkansas Republican County Chairman's Association.

22. The Deputy General Counsel will serve on the Committee as a voting member in the absence of the General Counsel.

23. The Chairman of the Arkansas affiliate of the Republican National Hispanic Assembly.

24. The Chairman of the Arkansas Federation of Young Republicans.

**Section 3 – Meetings**

A.  The State Executive Committee shall meet bimonthly and at such times as the Chairman or a majority of the regular (not ex-officio) members may determine necessary.

   1.  A notice of ten (10) days shall be given for regular meetings. Regular meeting notices, and supplemental information, may be mailed or electronically submitted. For special meetings, a notice of three (3) days shall be given with confirmation that notice was received by three-fourths (3/4) of the regular members, either by telephone, fax or email.

   2.  An agenda shall be furnished with the notice for regular and special meetings.

B.  The Executive Committee shall, between meetings of the State Committee:

1. Exercise all the powers of the State Committee except election of State Committee Members, election or removal of State Party Officers, adoption of the annual budget or other action specifically required by law or these rules to be exercised by a vote of the entire State Committee.

2. The Executive Committee shall carry out the policies and implement the budget as established by the State Committee.

C. Quorum - One half (1/2) of the total regular membership, shall constitute a quorum. Ex-officio members shall not be counted for purposes of determining a quorum at any meeting of the Executive Committee.

## Section 4 – Order of Business

A. The order of business in all committee meetings shall generally proceed as follows:

1. Roll call of members

2. Reading, correcting, and approval of minutes.

3. Report of committees.

4. Financial matters.

5. Inquiries on all matters of interest to the Republican Party.

6. Unfinished business.

7. New business.

8. General discussion.

9. Adjournment

B. No action shall be taken by the State Executive Committee on proposals to fill Vacancies, assess filing fees or approve appointment of officers unless the proposal shall have been set forth in the written notice calling the meeting.

## Section 5 – Duties of the Executive Committee

A. The State Executive Committees shall be the planning and operations committee of the Republican Party of Arkansas, shall observe and enforce these rules and regulations of the State Committee; shall designate the time and place of the Republican State Convention following the biennial general primary; shall organize, plan, and coordinate a

continuous public relations program for the party; shall evaluate and recruit qualified Republican candidates; and shall perform such other duties as the State Committee may delegate.

B. The Executive Committee shall be responsible for hiring and firing of all State Party employees, developing and maintaining job descriptions and setting compensation for all State Party employees.

C. Minutes of Executive Committee meetings will be made available  to all County Chairmen and County Secretaries after approval of the minutes.

## Section 6 – Vacancies

Vacancies shall be filled by the same body responsible for the initial election of that member.

## Section 7 – Removal

Grounds and procedure for removal in all cases shall be in accordance with Article IV, Section 9.

# ARTICLE VI - FILING FEES

**Sections**

1. Federal, State and District offices
2. County offices

## Section 1 – Federal, State and District offices

A. The State Executive Committee shall set the filing fees for Republican candidates for Federal, State and District offices.

B. Any such action shall be taken no later than sixty (60) days prior to the preferential primary election filing period, and the Secretary of the State Committee shall notify the Chairman and the Secretary of each County Committee of the action of the State Executive Committee.

C. If the State Executive Committee fails to set filing fees for federal, state, and district offices within the time period specified, the filing fees established for the previous preferential primary election shall apply.

## Section 2 – County offices

A. The State Executive Committee may, at its discretion, set maximum filing fees which can be required by County Committees for all other public and party offices.

    1. The State Executive Committee may take into consideration local conditions and circumstances and is not required to set the same maximum fee for any particular office in one county as it may for the same office in another county.

    2. Any such action shall be taken no later than forty-five (45) days prior to the preferential primary election filing period, and the Secretary of the State Committee shall notify the Chairman and the Secretary of each County Committee of the action of the State Executive Committee.

    3. In the event the State Executive Committee fails to set maximum filing fees required by County Committees for all other public and party offices within the time period specified, the maximum filing fees established for the previous preferential primary election shall apply.

B. The County Committee for each County shall set the filing fees to be required of Republican candidates for county, township and municipal offices and for County Committeeman subject to any maximum amounts the State Executive Committee may have set.

1.  These fees are to be set no earlier than ninety (90) days prior to the preferential primary election filing period and not later than sixty (60) days prior to the preferential primary election filing period.

2.  The County Secretary shall promptly advise the Chairman and Secretary of the State Republican Party of each action.

3.  In the event the County Committee fails to set filing fees within the timeframe specified, the County filing fees established or in effect for the previous election shall apply.

# ARTICLE VII – Rules Review

### Section 1 – Request for Review

A. Members of a County or District Committee may file a "Request for Review" with the State Chairman if there is evidence of a failure, within the County or District Committee, to observe these rules and/or local rules of the County or District Committee. A "Request for Review" may be filed if signed by not less than one-fifth (1/5) of the active membership of the County or District Committee, provided that in no instance shall a "Request for Review" be filed by less than five (5) members.

B. The "Request for Review" shall be filed, in writing, with the State Party Chairman by U.S. Mail or email. The State Party Chairman shall appoint a Review Committee within 15 days of receipt of the "Request for Review" to include the following:

 1. The District Chairman for the district in which the County from which the request was received is located. The District Chairman shall serve as Chairman of the Review Committee. If the request comes from a District Committee, the State Chairman shall appoint another District Chairman to serve in this capacity.

 2. The District Representative to the State Executive Committee representing the district in which the County from which the request was received is located. If the request comes from a District Committee, the State Chairman shall appoint another District Representative to serve in this capacity.

 3. At least one other member of the State Executive Committee.

 4. Chairman of the State Party Rules Committee

 5. One County Chairman from a County outside the District from which the request was received appointed by the State Chairman.

 6. A Republican Party of Arkansas staff member as appointed by the State Chairman shall serve as the non-voting secretary of the Review Committee.

C. The Review Committee shall investigate the matter referred, review appropriate documents, receive and review written representations from the parties involved in the dispute. The Review Committee shall hold hearings with members of the County or District Committee, if it deems necessary, within thirty (30) days of the appointment of the Review Committee. Any hearing should be held at the regular meeting place of the County Committee or at a convenient meeting place within the county at a time that would permit interested parties to attend. For a request from a District Committee the hearing should be held at the State Party headquarters.

D. The Review Committee shall make a written report to members of the State Executive Committee, with findings and recommendations, within twenty (20)days after the date of

the hearing with members of the County or District Committee or within forty-five (45) days after the date of the appointment of the Review Committee if no hearing is held.

E. At the next meeting of the State Executive Committee, following receipt of the Review Committee Report, and with no less than ten (10) days notice being provided to the interested parties, the Chairman of the Review Committee shall make a verbal report to the State Executive Committee. A representative from each side of the issue(s) considered by the Review Committee will be permitted to make a five (5) minute presentation to the State Executive Committee. Representatives may provide a written summary prior to the convening of the State Executive Committee Meeting.

F. The State Executive Committee shall consider all reports and presentations and take appropriate action upon a majority vote. The decision of the State Executive Committee may include, but is not limited to, the removal of a County or District Chairman, the removal of a County Committee Member, the loss of County Committee votes on the District or State Committee or at the State Convention, or the declared vacancy of a County Committee.

## Section 2 –State Prerogative

A. If the State Chairman becomes aware that any portion of these Rules are not being followed by a County Committee, District Committee, or any member, and appropriate steps are not taken to correct the issue, the State Chairman will perform the following:

    a. The State Chairman will first contact by phone the applicable member. If a committee is the applicable party the State Chairman will contact that committee's chairman. The State Chairman will identify the issue, make clear the Rules of the Republican Party of Arkansas, and request that the rules be followed.

    b. If within 30 days the issue has not been resolved to the satisfaction of the State Chairman the State Chairman will issue a written warning to the person, or the chairman for a committee, being accused. The letter will identify rules that have been broken, the steps to resolve the issue, and the process as outlined in Article VII Section 1.

    c. If within 30 days of the written warning the issue has not been resolved to the satisfaction of the State Chairman, the State Chairman or the State Executive Committee will move forward with a Rules Review as laid out in Article VII, Section 1.