IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JENNIFER LANCASTER, *et al.*,   PLAINTIFFS,

v.    Case No. 2:24-cv-00161-BSM

JOHN THURSTON, in his official capacity as Secretary of State and as
Chairman of State Board of Election Commissioners, *et al.*,   DEFENDANTS.

### SECRETARY THURSTON'S MOTION TO DISMISS

Pursuant to Rule 12(b)(1), (6), and for the reasons stated in his accompanying brief in support, John Thurston, in his official capacity as Secretary of State and as Chairman of State Board of Election Commissioners respectfully requests that the Court dismiss Plaintiffs' complaint.

Respectfully submitted,

TIM GRIFFIN
 Arkansas Attorney General

NICHOLAS J. BRONNI (2016097)
 Solicitor General
DYLAN L. JACOBS (2016167)
 Deputy Solicitor General
OFFICE OF THE ARKANSAS
 ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
(501) 682-2591 (fax)
Dylan.Jacobs@arkansasag.gov