IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JENNIFER LANCASTER, DAVE ELSWICK,**      **PLAINTIFFS**
**JIMMIE CAVIN, STEPHANIE DUKE, JAN**
**MORSE, JOHN MORSE, KIM BOUGUISE,**
**MARK BOUGUISE, RANDY SAMS, MARLA**
**SAMS, CODIE CRUMPTON, CAROL TESSIER,**
**KELLY McELHANEY, EUGENE JAMISON,**
**COTY POWERS, TERRY KELLUM, KEITH KELLUM,**
**ANITA WELLS, KANDI COX, LINDA MARSH, SAM**
**MARSH, and ALFORD DRINKWATER**

**v.**      **CASE NO. 2:24-CV-00161-BSM**

**COLE JESTER, Arkansas Secretary of State,**
**JOSEPH WOOD, Arkansas Republican Party Chairman,**
**WILLIAM LUTHER, Election Commissioner,**
**JAMIE CLEMMER, Election Commissioner,**
**JOHNATHAN WILLIAMS, Election Commissioner,**
**JAMES HARMON SMITH, III, Election Commissioner,**
**and SHARON BROOKS, Election Commissioner**      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of May, 2025.

_/s/ Brian S. Miller_
UNITED STATES DISTRICT JUDGE